575 S.E.2d 547

SOUTH CAROLINA DEPARTMENT OF
CONSUMER AFFAIRS, Petitioner,

v.

RENT–A–CENTER, INC., a/k/a Thorn
Americas, Inc., Respondent.

No. 25565.

Supreme Court of South Carolina.

Heard Nov. 20, 2002.

Decided Dec. 9, 2002.

Helen Fennell and Danny R. Collins, of South Carolina Department of Consumer Affairs, of Columbia, for Petitioner.

Thomas H. Pope, III, of Pope and Hudgens, P.A., of Newberry, for Respondent.

ON WRIT OF CERTIORARI TO
THE COURT OF APPEALS

PER CURIAM:

This Court granted the petition for a writ of certiorari to review the Court of Appeals' opinion in *South Carolina Dep't of Consumer Affairs v. Rent–A–Center, Inc.*, 345 S.C. 251, 547 S.E.2d 881 (Ct.App.2001). After careful consideration, we now dismiss certiorari as improvidently granted.

**DISMISSED.**

TOAL, C.J., WALLER, BURNETT and PLEICONES, JJ., and Acting Justice HENRY F. FLOYD, concur.